THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v. MIKE FRONCZAK, Appellant.— Motion granted and appeal dismissed. Present — Hubbs, P. J., Clark, Davis, Sears and Taylor, JJ.

THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v. HOWARD BROWN, Appellant.— Motion granted and appeal dismissed. Present — Hubbs, P. J., Clark, Davis, Sears and Taylor, JJ.

THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v. LEO ZYBLEWSKI, Appellant.— Motion granted and appeal dismissed. Present — Hubbs, P. J., Clark, Davis, Sears and Taylor, JJ.

LEONARD V. VOGEL and Another, Respondents, v. WILLIAM A. SCHNEIDER, Appellant.— Motion granted and appeal dismissed. Present — Hubbs, P. J., Clark, Davis, Sears and Taylor, JJ.

JOSEPH INGOGLIA and Another, Appellants, v. HYMAN S. TANENBAUM and Another, Respondents.— Motion granted and appeal dismissed, with costs. Present — Hubbs, P. J., Clark, Davis, Sears and Taylor, JJ.

ADAM NORWICH, Respondent, v. L. BLACK & COMPANY, Appellant.— Motion granted and appeal dismissed, with costs. Present — Hubbs, P. J., Clark, Davis, Sears and Taylor, JJ.

EDWARD A. JANDORF and Another, Appellants, v. WIMAN H. SMITH and Another, as Executors, etc., of JOHN N. SMITH, Deceased, Respondents.— Motion granted, permitting Eva May Meldrum, Christina Smith Kerr and Louis Graham Smith to file brief on appeal as *amici curiæ.* Present — Hubbs, P. J., Clark, Davis, Sears and Taylor, JJ.

LOVEINA COTTRELL, Respondent, v. HERMAN KEMPLER, Appellant, Impleaded with Another.— Motion granted and appeal dismissed, with costs. Present — Hubbs, P. J., Clark, Davis, Sears and Taylor, JJ.

ANNIE P. BARBER, Respondent, v. HERMAN KEMPLER, Appellant, Impleaded with Another.— Motion granted and appeal dismissed, with costs. Present — Hubbs, P. J., Clark, Davis, Sears and Taylor, JJ.

JESSIE O. GREENLUND, Appellant, v. LUCY VIOLA GREENLUND, Respondent.— Order entered, pursuant to stipulation filed, substituting Belle Greenlund Fenner, individually, and James R. Fenner, as executor, etc., of Lucy Viola Greenlund, deceased, as parties defendant and respondents and continuing the appeal in their names. Present — Hubbs, P. J., Clark, Davis, Sears and Taylor, JJ.

THE PEOPLE OF THE STATE OF NEW YORK, Appellant, v. JAMES LAWSON and Others, Respondents.— Appeal dismissed unless appellant shall file and serve the printed record on appeal by May sixteenth. Present — Hubbs, P. J., Clark, Davis, Sears and Taylor, JJ.

ARTHUR M. NEWBORN, Respondent, v. F. RONALD PEART, Appellant.— Appeal dismissed unless appellant shall file and serve printed papers and briefs by May seventeenth and shall be ready for argument during that week. Present — Hubbs, P. J., Clark, Davis, Sears and Taylor, JJ.

MYRA J. BALDWIN, as Administratrix, etc., of CARLOS P. BALDWIN, Deceased, Respondent, v. INTERNATIONAL RAILWAY COMPANY, Appellant.— Appeal dismissed unless appellant shall file and serve printed papers by May seventh and shall be ready for argument on May eleventh. Present — Hubbs, P. J., Clark, Davis, Sears and Taylor, JJ.